

The motion is denied as moot given that the Court canceled the initial pretrial conference. *See* Dkt. 12. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 11.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: April 29, 2025

April 16, 2025

**By E-Filing**
Judge Arun Subramanian
United States District Court
Southern District Of New York
500 Pearl Street
New York, NY 10007

Re:  *Doncouse v. Sogno 85th LLC. et al.*, Case No. 1:25-cv-00560-AS

Dear Judge Subramanian:

My firm represents defendant Perry Mansions, L.P., the owner of the building located at 17 Perry Street, Manhattan, which is the subject of this ADA lawsuit.  The parties are continuing to have settlement discussions to resolve the matter and would prefer to focus their efforts on those discussions rather than on discovery and housekeeping matters to minimize costs and facilitate settlement.

Accordingly, I write with the consent of the other parties to request that the Court adjourn the August 24, 2025, 2 p.m., initial conference for approximately a month.  This is the first request for an adjournment, and we hope to have the case settled before the adjourned date.

Thank you for your consideration.

Respectfully submitted,

*Steven Kirkpatrick*

Steven Kirkpatrick

cc:  Bradly G. Marks, Esq. (by e-filing)
     Emanuele Bardazzi, Esq. (by e-mail)